

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00419-CR

William Horace **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1349
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 19, 2015.

_____
Sandee Bryan Marion, Chief Justice